No. A–170. IVEZAJ *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL. Application for stay of deportation, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. D–854. IN RE DISBARMENT OF MCCALLUM. Disbarment entered. [For earlier order herein, see 493 U. S. 1053.]

No. D–878. IN RE DISBARMENT OF SCHWARTZ. Disbarment entered. [For earlier order herein, see 494 U. S. 1052.]

No. D–894. IN RE DISBARMENT OF OSTROWSKY. Disbarment entered. [For earlier order herein, see 495 U. S. 902.]

No. D–900. IN RE DISBARMENT OF SKEVIN. Disbarment entered. [For earlier order herein, see 495 U. S. 954.]

No. D–901. IN RE DISBARMENT OF OLSTER. Disbarment entered. [For earlier order herein, see 495 U. S. 955.]

No. D–906. IN RE DISBARMENT OF ERICKSON. Disbarment entered. [For earlier order herein, see 496 U. S. 923.]

No. D–912. IN RE DISBARMENT OF BROCKMEIER. Disbarment entered. [For earlier order herein, see 496 U. S. 934.]

No. D–924. IN RE DISBARMENT OF PARKER. It is ordered that Charles Lionel Parker, of Akron, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–925. IN RE DISBARMENT OF MELARO. It is ordered that H. J. M. Melaro, of Silver Spring, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–926. IN RE DISBARMENT OF MCBRIDE. It is ordered that Willard Carlos McBride, of Hillcrest Heights, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–927. IN RE DISBARMENT OF ISAACSON. It is ordered that Michael Isaacson, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.